IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:12CR100** |
| vs. | |
| RICHARD A. ODERMATT, | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant's motion to extend the self-surrender date, Filing No. 43, for defendant Richard A. Odermatt.  The court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 43, is granted, and defendant Richard A. Odermatt shall self-surrender on or before 2:00 p.m. on December 11, 2013 at the Yankton Prison Camp in Yankton, South Dakota, for service of his sentence.

Dated this 15th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge