IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RICHARD A. ODERMATT,<br><br>               Defendant. | **8:12CR100**<br><br>**ORDER** |

      This matter is before the Court on defendant's request to self-surrender. Defendant was previously ordered to self-surrender on or before December 11, 2013, at 2:00 p.m. to Yankton Prison Camp in Yankton, South Dakota. The defendant has indicated he believed a motion to extend the self-surrender date had been filed or requested. The Court finds no such motion has been filed. As a result the Court shall give the defendant until December 12, 2013, at 2:00 p.m. to self-surrender at the Yankton Prison Camp in Yankton, South Dakota.

      THEREFORE, IT IS ORDERED THAT:

      1.   Defendant shall surrender at the Yankton Prison Camp in Yankton, South Dakota on or before December 12, 2013, at 2:00 p.m.

      2.   The U.S. Marshal's Service is ordered to arrest the defendant if he fails to self-surrender to Yankton Prison Camp in Yankton, South Dakota as set forth in this Order, and then escort him to the Yankton Prison Camp.

      3.   The Clerk of Court is directed to cause this Order to be served on the U.S. Marshal's Service, defendant's counsel, and Jim Roberts in the United States Probation Office. Counsel of Record and Jim Roberts are instructed to provide the defendant with a copy of this Order.

      Dated this 11th day of December, 2013.

                                                                  BY THE COURT:

                                                                 s/ Joseph F. Bataillon
                                                                 United States District Judge