IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RICHARD A. ODERMATT,<br><br>           Defendant. | **8:12CR100**<br><br>**ORDER** |

This matter is before the court on the defendant's oral motion to extend his self-surrender date. Following a conference with counsel for the government and the defendant,

IT IS ORDERED that the defendant's oral motion is granted, and the defendant's self-surrender date is continued to **on or before 2:00 p.m., on January 8, 2014**, to Yankton Prison Camp in Yankton, South Dakota.

Dated this 12th day of December, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge